DAVIS, COWELL & BOWE
Counselors and Attorneys at Law

**San Francisco**

595 Market Street, Suite 1400
San Francisco, California 94105
415.597.7200
Fax 415.597.7201

Barry S. Jellison (CA)
Steven L. Stemerman (CA, NV)
Richard G. McCracken (CA, NV)
W. David Holsberry (CA, NV)
Elizabeth Ann Lawrence (CA, NV, AZ)
Andrew J. Kahn (CA, NV, AZ)
John J. Davis, Jr. (CA)
Florence E. Culp (CA, NV)
Kristin L. Martin (CA, NV, HI)
Eric B. Myers (CA, NV)
Paul L. More (CA, NV, MA)
Sarah Varela (CA, AZ, NV)
Sarah Grossman-Swenson (CA, NV)
Elizabeth Q. Hinckle (CA)
Yuval Miller (CA)
Kyrsten Skogstad (CA, AZ)
David L. Barber (CA)

Robert P. Cowell (1931-1980)

of counsel:
Philip Paul Bowe (CA)

**McCracken, Stemerman & Holsberry**

1630 S. Commerce Street, Suite A-1
Las Vegas, Nevada 89102
702.386.5107
Fax 702.386.9848

March 3, 2014

Judge Robert B. Kugler
United States District Court, District of New Jersey (Camden)
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

      Re:    McCray v. UNITE HERE et al., Case No. 13-cv-06540-RBK-JS

Dear Judge Kugler:

      I write on behalf of UNITE HERE, UNITE HERE General Executive Board, UNITE HERE Executive Committee, John Wilhelm, Sherri Chiesa, James Dupont, D. Taylor and Richard Sawyer ("the UNITE HERE Defendants"). On January 14, 2014, the UNITE HERE Defendants filed a motion to dismiss all claims against them. The motion day set for the motion was February 18, 2014. The Plaintiff did not file an opposition. On February 24, 2014, the Plaintiff filed document entitled "Notice of Related Case" which contains argument that might be in response to the UNITE HERE Defendants' motion to dismiss. Because the Notice of Related Case was not filed by the deadline for Plaintiff to oppose the motion to dismiss, the UNITE HERE Defendants will not respond unless instructed to do so by the Court.

      Thank you for your attention.

Sincerely,

Kristin L. Martin

KLM/dl